**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOVATANA SAUT and JOHN HISATO NAKATANI, individually, and on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>MCKESSON CORPORATION, a Delaware Corporation; and DOES 1-50, inclusive,<br><br>　　　　　　　Defendants. | **Case No. 2:22-cv-05707-MRA-KES**<br>Assigned: Hon. Monica Ramirez Almadani<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [49]** |

## ORDER

The matter came before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice. Good cause appearing therefore, the Court GRANTS the request and dismisses the entire action with prejudice, including all individual and class claims.

**IT IS SO ORDERED**.

Dated: October 21, 2025

_____
Hon. Monica Ramirez Almadani
United States District Judge